**James D. Buchanan, appellant, v. The Liquid Carbonic Company, appellee. Gen. No. 28,700.**

Bill for accounting on written contract of employment as salesman on salary and commission. Bill dismissed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1924.

James J. Barbour and Edward H. S. Martin, for appellant. Fisher, Boyden, Kales & Bell, for appellee; Darrell S. Boyd and Roy P. Kelly, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Robert William Welder Ross, plaintiff in error, v. St. Vincent's Infant Asylum and Gertrude M. Healy, agent and employee, defendants in error. Gen. No. 28,755.**

Petition for habeas corpus on behalf of relator, a minor child, detained in infant asylum. Petition dismissed. Error to the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 17, 1924.

Charles G. Palmer, for plaintiff in error; Elwyn E. Long and Thomas E. Swanson, of counsel. Charles E. Erbstein, for defendants in error; John B. Fruchtl, William L. Sullivan and Benjamin B. Davis, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Warren-Godwin Lumber Company, appellant, v. True & True Company, appellee. Gen. No. 28,800.**

Suit for purchase price of car of lumber. Judgment for defendant on claim of set-off for failure to deliver other cars as agreed. Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1924.

Culver, Andrews & King, for appellant; James B. McKeon, of counsel. Herbert A. Schryver, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.